United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Bruce M Knapp
     Debtor

Case No. 15-12436-jkf
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Eleanor | Page 1 of 1 | Date Rcvd: Jul 24, 2015 |
|---|---|---|---|
| | Form ID: 195 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2015.
db          +Bruce M Knapp,   3 Old Pennel Drive,   Media, PA 19063-5936

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2015                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2015 at the address(es) listed below:
         BRAD J. SADEK   on behalf of Debtor Bruce M Knapp brad@sadeklaw.com
         TERRY P. DERSHAW   td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
         TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Bruce M Knapp : Case No. 15−12436−jkf
    Debtor(s)

***ORDER***
_____

AND NOW, this day , July 24, 2015 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

16
Form 195